This is 24-2468 Northway Medical Center Condo v. Sentinel Insurance Company. The argument for the appellant, I understand, is on submission. And we have Attorney Corman here to argue for the appellee. And that would be for Sentinel Insurance Company. I think that's right. So Ms. Corman, the other side didn't show up. Is there anything that you feel compelled to tell us? If you're telling me, you don't need to hear from me. I certainly do not need five minutes. I just want to point out that the decision was proper. We clearly met our burden that the policy did not cover the loss here. And that the ensuing loss provision is inapplicable to save the claim. So if the court has no questions, I'll rest on my brief. I'd just like to ask you, because I see it in a lot of insurance cases. Why does your company have an exclusion and then list an exception to an exclusion? Why don't they just say we cover these things and we don't cover those things? That goes back to the beginning of time when insurance contracts are written. This is clearly how all risk policies then are written this way and all the cases that interpret it. That it's always been done? Honestly, I cannot answer why it is doing this here in the 35 years that I've been practicing. I just accept the fact that this is how insurance policies are written and need to be interpreted. I think Justice Holmes once said that the fact that something was done in the reign of Henry IV, there must be a better reason than that. Perhaps, Your Honor, but honestly, I have not researched the reasoning behind this. I am just accepting it. It's worse to clear the underbrush and just have a list of what's covered and what's not covered. I am not going to suggest that. You are going to. I am not going to suggest that. You're not going to suggest that. That's above your paid grade? That I think to upend an industry that has, that this is the way insurance policies are written. Supposing you told your client that at least some people on the Court of Appeals thought that would make things clearer. I am way above my head in this argument. I came in with a simple one, and so, if the Court has any questions? Nothing further. On this particular policy? Thank you very much for coming in, and let me just say we do appreciate it when counsel come in, if for no other reason, than to make themselves available to answer questions that may be present from the bench. So thank you very much for coming in. Thank you very much.